UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| HOLLY DODSON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  2:24 CV 72 |
| | ) |
| UNITED STATES STEEL | ) |
| CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### O R D E R

In accordance with 28 U.S.C. § 636, Magistrate Judge John E. Martin recommended that the court dismiss this matter without prejudice for failure to prosecute. (DE # 42.) No objections were filed. Accordingly, the court now **ADOPTS** Magistrate Judge Martin's report and recommendation (DE # 42) and this case is **DISMISSED WITHOUT PREJUDICE.**

                                            **SO ORDERED.**

Date: December 2, 2025

                                            s/James T. Moody
                                            JUDGE JAMES T. MOODY
                                            UNITED STATES DISTRICT COURT